UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-10111-CIV-PAINE/WHITE

02-10019 CR PAINE ✓

ANGEL MARIA CANTILLO ZABALA,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION DISMISSING §2255 MOTION AS TIME-BARRED

This matter is before the court upon a Report and Recommendation (DE 15) issued pursuant to the Movant's Motion to Vacate. Having reviewed, *de novo*, the Report and having considered the record and the Movant's Objections[1] to Magistrate's Report and Recommendation, the court agrees with Magistrate Judge White's Report. Accordingly, it is

ORDERED AND ADJUDGED that the above-mentioned Report of Magistrate Judge White be ADOPTED, and made the Order of the District Court.

Accordingly, it is further

ORDERED AND ADJUDGED that the Movant's Motion to Vacate is DENIED. All pending motions not otherwise ruled upon are DENIED AS MOOT, and this case is CLOSED.

DONE AND ORDERED at West Palm Beach, Florida this 5th day of March, 2007.

                                                James C. Paine
                                        UNITED STATES DISTRICT JUDGE

---

[1] The Movant's Objection to the Report simply restate arguments previously raised and thoroughly addressed in the Report.

cc: Angel Maria Cantillo Zabala, <u>Pro Se</u>
    Reg. No. 39009-004
    L.S.C.I.
    P.O. Box 1000
    White Deer, PA 17887-1000

    George M. Karavetsos, AUSA
    U.S. Attorney's Office
    99 N.E. 4th Street
    Miami, FL 33132

7